344

Craig SAUNDERS, Petitioner

v.

COMMONWEALTH of Pennsylvania, FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, Respondents.

Supreme Court of Pennsylvania.

Aug. 13, 2008.

## ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2008, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED.**

David HATCHIGIAN, Petitioner

v.

WEINSTEIN SUPPLY CORP. and Weil McClain, Respondents.

Supreme Court of Pennsylvania.

Aug. 13, 2008.

## ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2008, Petition for Review is **DENIED.**

Godfrey BANNER, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.

Supreme Court of Pennsylvania.

Aug. 13, 2008.

## ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2008, Petition for Review is **DENIED.**